United States District Court
Southern District of Texas
**ENTERED**
September 07, 2016
David J. Bradley, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Government, | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-15-614-4 |
| | § | |
| CHARLES R. WARREN, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Thomas A. Glenn has filed a motion to withdraw as counsel of record for Charles Warren. (Docket Entry No. 96). The motion is granted. The magistrate judge will appoint new counsel for the defendant.

SIGNED on September 7, 2016, at Houston, Texas.

Lee H. Rosenthal
United States District Judge